*Denied. I'm not making any choices on behalf of lit' gov't*
2-5-2016
[signature]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br>vs.<br>IronMag Labs, LLC, a Nevada Limited Liability Company, Robert DiMaggio, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-08233-R-JC<br>Hon. Manuel L. Real<br>Courtroom 8<br><br>[Proposed] Order ~~on~~ **DENYING** Stipulation to Extend Time For Defendants to Respond to Initial Complaint and for Plaintiff to File a First Amended Complaint<br><br>**Complaint served:** Dec. 15, 2015<br>**Trial date:** Not set |

Based on the parties' Stipulation to extend the time for defendants IronMag Labs, LLC and Robert DiMaggio ("Defendants") to respond to Plaintiff Nutrition Distribution, LLC's ("Plaintiff") initial Complaint, and to allow Plaintiff to file a First Amended Complaint on or before February 15, 2016, and it being in the interest of judicial economy to grant that relief,

**IT IS HEREBY ORDERED:**

1. The deadline for Defendants to respond to the initial Complaint is extended to February 15, 2016;

2. Plaintiff may file a First Amended Complaint on or before February 10,

1  2016; and

2  　　　3.　Defendants shall respond to a First Amended Complaint, if any, within
3  14 days of its service.

6  Dated: 2-5-2016 .

**DENIED**

MANUEL L. REAL, JUDGE
UNITED STATES DISTRICT COURT

Rutan & Tucker, LLP
attorneys at law

2314/101901-0006
9305377.2 a02/03/16

-2-

ORDER ON STIPULATION TO CONTINUE
TIME TO RESPOND TO COMPLAINT, ETC.