1  Michael Adams (State Bar No. 185835)
   madams@rutan.com
2  Damon D. Mircheff (State Bar No. 216257)
   dmircheff@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Defendants
   IronMag Labs, LLC, IronMag Research, LLC
7  and Robert DiMaggio

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 NUTRITION DISTRIBUTION LLC, an          Case No. 2:15-cv-08233-R-JC
   Arizona Limited Liability Company,
12                                         Hon. Manuel L. Real
              Plaintiff,
13                                         **DEFENDANTS IRONMAG LABS,**
        vs.                                **LLC, IRONMAG RESEARCH, LLC,**
14                                         **AND ROBERT DIMAGGIO'S**
   IronMag Labs, LLC, a Nevada Limited     **REQUEST FOR JUDICIAL NOTICE**
15 Liability Company, Robert DiMaggio, an  **IN SUPPORT OF MOTION TO**
   individual, and DOES 1 through 10,      **DISMISS PLAINTIFF'S FIRST**
16 inclusive,                              **AMENDED COMPLAINT**
                                           **PURSUANT TO FED. R. CIV. P.**
17            Defendants.                  **12(b)(6)**

18                                         **[filed concurrently with Notice of**
                                           **Motion and Motion, and**
19                                         **Memorandum of Points and**
                                           **Authorities]**
20
                                           Hearing:
21                                         Date:          April 4, 2016
                                           Time:          10:00 a.m.
22                                         Courtroom:     8

23                                         Date Action Filed:  October 21, 2015
                                           Trial Date:         Not Set
24

25

26

27

28 / / /

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
9383527.1 a02/26/16

RJN FOR MOTION TO DISMISS
Case no. 2:15-cv-08233-R-JC

1   **PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Evidence,

2   Rule 201, defendants IronMag Labs, LLC, IronMag Research, LLC and Robert

3   DiMaggio (collectively, "Defendants") submit this Request for Judicial Notice in

4   support of their Motion to Dismiss Plaintiff Nutrition Distribution LLC's First

5   Amended Complaint, and respectfully request the Court take judicial notice of the

6   following documents:

7        1.     The complaint in *Nutrition Distribution, LLC v. Lecheek Nutrition,*

8                *LLC,* case no. 2:15-cv-01322-MWF-MRW (C.D. Cal., Feb. 25, 2015),

9                attached as Exhibit 1;

10        2.     The complaint in *Nutrition Distribution, LLC v. Blackstone Labs, LLC,*

11                case no. 2:15-cv-01670-TJH-AS (C.D. Cal., March 6, 2015), attached

12                as Exhibit 2;

13        3.     The complaint in *Nutrition Distribution, LLC v. Lucas Thompson,* case

14                no. 2:15-cv-02220-CBM-AS (C.D. Cal., March 25, 2015), attached as

15                Exhibit 3;

16        4.     The complaint in *Nutrition Distribution, LLC v. Tribravus Enterprises,*

17                *LLC dba iForce Nutrition*, case no. 3:15-cv-1649-LAB-JMA (S.D.

18                Cal., July 23, 2015), attached as Exhibit 4;

19        5.     The complaint in *Nutrition Distribution, LLC v. Revolt Pharma et al.,*

20                case no. 2:15-cv-02270-DLR (D. Az., Nov. 10, 2015), attached as

21                Exhibit 5;

22        6.     The complaint in *Nutrition Distribution, LLC v. Furious Nutrition, LLC*

23                *et al.,* case no. 2:15-cv-09801-GW-PJW (C.D. Cal., Dec. 21, 2015),

24                attached as Exhibit 6;

25        7.     The complaint in *Nutrition Distribution, LLC v. Custom*

26                *Nutraceuticals, LLC et al.,* case no. 2:16-cv-00173-DGC (D. Az., Jan.

27                26, 2016), attached as Exhibit 7;

28        8.     The Information filed in *United States v. Nutrition Distribution, dba*

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
9383527.1 a02/26/16

-1-

RJN FOR MOTION TO DISMISS
Case no. 2:15-cv-08233-R-JC

1    *Anabolic Xtreme,* case no. 5:11-cr-00790-DLJ (N.D. Cal., Oct. 26,

2    2011) against Nutrition Distribution, dba Anabolic Xtreme, for

3    violations of the Food, Drug and Cosmetic Act, attached as Exhibit 8;

4    9.    The criminal judgment entered against Nutrition Distribution, dba

5    Anabolic Xtreme, in *United States v. Nutrition,* case no. 5:11-cr-00790-

6    DLJ, on November 30, 2011 after Nutrition Distribution pleaded guilty

7    to violating provisions of the Food, Drug and Cosmetic Act, 21 USC

8    § 331(d) and 333(a)(2), attached as Exhibit 9;

9    10.    The Information filed in *United States v. Anabolic Resources, dba*

10    *Anabolic Xtreme,* case no. 5:11-cr-00791-DLJ (N.D. Cal., Oct. 26,

11    2011) against Anabolic Resources, dba Anabolic Xtreme, for violations

12    of the Food, Drug and Cosmetic Act, attached as Exhibit 10;

13    11.    The criminal judgment entered against Anabolic Resources, dba

14    Anabolic Xtreme, in *United States v. Anabolic Resources, dba*

15    *Anabolic Xtreme* case no. 5:11-cr-00791-DLJ, on November 30, 2011

16    after Anabolic Resources pleaded guilty to violating provisions of the

17    Food, Drug and Cosmetic Act, 21 USC § 331(d) and 333(a)(2),

18    attached as Exhibit 11.

19    Dated:  February 26, 2016          RUTAN & TUCKER, LLP

20

21                                      By: /s/ Michael Adams

22                                          Michael Adams
                                            Attorneys for Defendants
                                            IronMag Labs, LLC, IronMag
                                            Research, LLC, and Robert DiMaggio

23

24

25

26

27

28