UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company, | No. 16-55632 |
| Plaintiff - Appellant, | D.C. No. 2:15-cv-08233-R-JC<br>U.S. District Court for Central California, Los Angeles |
| v. | |
| IRONMAG LABS, LLC, a Nevada Limited Liability Company; et al., | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered January 24, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7