Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Telephone: (310) 590-3927

Attorneys for Plaintiff
NUTRITION DISTRIBUTION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>IRONMAG LABS, LLC, a Nevada Limited Liability Company, IRONMAG RESEARCH, LLC, a Nevada Limited Liability Company, ROBERT DIMAGGIO, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-08233-R-JC<br><br>Hon. Manuel L. Real<br><br>**PLAINTIFF NUTRITION DISTRIBUTION, LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:<br><br>Date: October 15, 2018<br>Time: 10:00 a.m.<br>Courtroom: 880<br><br>Action Filed: October 21, 2015<br>Trial Date:  December 4, 2018 |

**PLEASE TAKE NOTICE THAT** on October 15, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 880 of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012, 8th Floor, before the Honorable Manuel L. Real, United States District Judge, Plaintiff Nutrition Distribution, LLC ("Plaintiff") will and hereby does move this Court under FRCP 56 for an order granting partial summary judgment in favor of Plaintiff and against Defendants IronMag Labs, LLC and Robert DiMaggio (collectively "Defendants") on its Lanham Act Claim in the amount of ▇▇▇▇▇▇ and an order prohibiting the false advertising of products containing Ostarine.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts, Request for Judicial Notice, the Declarations of Robert Tauler, Michael Keplinger, Kevin Smith, Benjamin L. England, Francis Perry Wilson, and David Nolte, the pleadings on file in this action, and on such other matters presented to the Court at the time of the hearing.

DATED:  September 17, 2018            TAULER SMITH LLP


                                      By:/s/Robert Tauler
                                         Robert Tauler, Esq.
                                         Attorneys for
                                         NUTRITION DISTRIBUTION, LLC