Damon D. Mircheff (State Bar No. 216257)
dmircheff@rutan.com
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendants
IronMag Labs, LLC and
Robert DiMaggio

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>                      Plaintiff,<br><br>        vs.<br><br>IronMag Labs, LLC, a Nevada Limited Liability Company, Robert DiMaggio, an individual, and DOES 1 through 10, inclusive,<br><br>                      Defendants. | Case No. 2:15-cv-08233-R-JC<br>Hon. Manuel L. Real<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:<br>Date:              October 15, 2018<br>Time:              10:00 a.m.<br>Courtroom:      880<br><br>Date Action Filed: October 21, 2015<br>Discov, Cutoff:    October 15, 2018<br>Pretrial Conf.:      November 5, 2018<br>Trial Date:          December 4, 2018 |

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that that pursuant to the Federal Rules of Evidence, Rule 201, defendants IronMag Labs, LLC ("IronMag Labs") and Robert DiMaggio ("DiMaggio;" collectively, "Defendants") submit this Request for Judicial Notice in support of their Opposition to Plaintiff Nutrition Distribution, LLC's ("Plaintiff") Motion for Partial Summary Judgment, and respectfully request the Court take judicial notice of the following documents, each of which is a document filed with the United States District Court or Superior Court for the State of California:

1.      The Declaration of Michael Keplinger dated October 23, 2017 Plaintiff filed in the action titled Nutrition Distribution, LLC v. Enhanced Athlete, Inc. *et al.*, Case No. 2:17-cv-02069-JAM-CKD (E.D. Cal.), attached as Exhibit 1;

2.      The Order entered on November 13, 3017 in the action titled Nutrition Distribution, LLC v. Enhanced Athlete, Inc. *et al.*, Case No. 2:17-cv-02069-JAM-CKD (E.D. Cal.) denying Plaintiff's motion for preliminary injunction, attached as Exhibit 2;

3.      The Information filed in *United States v. Nutrition Distribution, dba Anabolic Xtreme,* case no. 5:11-cr-00790-DLJ (N.D. Cal., Oct. 26, 2011) against Nutrition Distribution, dba Anabolic Xtreme, for violations of the Food, Drug and Cosmetic Act (hereinafter, the "Nutrition Distribution Criminal Action"), attached as Exhibit 3;

4.      The Criminal Pretrial Minute Order entered in the Nutrition Distribution Criminal Action on or about November 9, 2011, attached as Exhibit 4;

5.      The Order Accepting Plea in the Nutrition Distribution Criminal Action on November 9, 2011, attached as Exhibit 5;

6.      The Judgment entered in the Nutrition Distribution Criminal Action on November 30, 2011, after Nutrition Distribution pleaded guilty to violating

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18                                   -2-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1  provisions of the Food, Drug and Cosmetic Act, 21 USC § 331(d) and 333(a)(2),

2  attached as Exhibit 6;

3        7.     The Information filed in *United States v. Anabolic Resources, dba*

4  *Anabolic Xtreme,* case no. 5:11-cr-00791-DLJ (N.D. Cal., Oct. 26, 2011) against

5  Anabolic Resources, dba Anabolic Xtreme, for violations of the Food, Drug and

6  Cosmetic Act (hereinafter, the "Anabolic Resources Criminal Action"), attached as

7  Exhibit 7;

8        8.     The Judgment entered in the Anabolic Resources Criminal Action on

9  November 30, 2011,  after Anabolic Resources pleaded guilty to violating

10  provisions of the Food, Drug and Cosmetic Act, 21 USC § 331(d) and 333(a)(2),

11  attached as Exhibit 8;

12        9.     The Complaint Plaintiff filed against Revolt Pharma, *et al.* in the

13  United States District Court of Arizona, Case No. 15-cv-02270-DLR, on November

14  10, 2015, a true and correct copy of which is attached as Exhibit 9;

15        10.     The Complaint Plaintiff filed against Custom Nutraceuticals, LLC, *et*

16  *al.* in the United States District Court of Arizona, Case No. 16-cv-00173-DGC, on

17  January 26, 2016, a true and correct copy of which is attached as Exhibit 10;

18        11.     The Complaint Plaintiff filed against Joel Kenna dba Focused Nutrition

19  in the United States District Court of Arizona, Case No. 16-cv-00448-JAT, on

20  February 17, 2016, a true and correct copy of which is attached as Exhibit 11;

21        12.     The Complaint Plaintiff filed against King Peptides LLC in the United

22  States District Court of Arizona, Case No. 16-cv-00451-DLR, on February 17, 2016,

23  a true and correct copy of which is attached as Exhibit 12;

24        13.     The Complaint Plaintiff filed against Duracap Labs, LLC, *et al.* in the

25  United States District Court of Arizona, Case No. 16-cv-00460-GMS, on February

26  18, 2016, a true and correct copy of which is attached as Exhibit 13;

27        14.     The Complaint Plaintiff filed against PHW Supplements, LLC in the

28  United States District Court of Arizona, Case No. 16-cv-00985-SPL, on April 8,

Rutan & Tucker, LLP
*attorneys at law*

1069/101901-0006
12858041.1 a09/24/18

-3-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1   2016, a true and correct copy of which is attached as Exhibit 14;

2        15.    The Complaint Plaintiff filed against Icon Supplements, LLC in the

3   United States District Court of Arizona, Case No. 16-cv-03572-JJT, on October 17,

4   2016, a true and correct copy of which is attached as Exhibit 15;

5        16.    The Complaint Plaintiff filed against Fortress Supplements in the

6   United States District Court of Arizona, Case No. 16-cv-04393-SPL, on December

7   14, 2016, a true and correct copy of which is attached as Exhibit 16;

8        17.    The Complaint Plaintiff filed against Pureline Nutrition Austin LLC, *et*

9   *al.* in the United States District Court of Arizona, Case No. 17-cv-00936-DLR, on

10   March 29, 2017, a true and correct copy of which is attached as Exhibit 17;

11        18.    The Complaint Plaintiff filed against NutraClipse, Inc. in the United

12   States District Court of Arizona, Case No. 17-cv-01087-SPL, on April 12, 2017, a

13   true and correct copy of which is attached as Exhibit 18;

14        19.    The Complaint Plaintiff filed against Legendary Supplements LLC in

15   the United States District Court of Arizona, Case No. 17-cv-01520-GMS, on May

16   18, 2017, a true and correct copy of which is attached as Exhibit 19;

17        20.    The Complaint Plaintiff filed against Metabolic Edge Nutritional

18   Supplements LLC dba Iron Muscle Supplements, *et al.* in the United States District

19   Court of Arizona, Case No. 17-cv-01522-DGC, on May 18, 2017, a true and correct

20   copy of which is attached as Exhibit 20;

21        21.    The Complaint Plaintiff filed against Black Diamond Supplements,

22   LLC, *et al.* in the United States District Court of Arizona, Case No. 17-cv-01869-

23   JAT, on June 16, 2017, a true and correct copy of which is attached as Exhibit 21;

24        22.    The Complaint Plaintiff filed against Nexxt Level Nutrition, LLC in the

25   United States District Court of Arizona, Case No. 17-cv-01870-DLR, on June 16,

26   2017, a true and correct copy of which is attached as Exhibit 22;

27        23.    The Complaint Plaintiff filed against The Muscle Store, Inc., *et al.* in

28   the United States District Court of Arizona, Case No. 17-cv-02116-PHX-GMS, on

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-4-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1  June 19, 2017, a true and correct copy of which is attached as Exhibit 23;

2      24.    The Complaint Plaintiff filed against Dynamic Technical Formulations,

3  LLC in the United States District Court of Arizona, Case No. 17-cv-02782-JJT, on

4  August 17, 2017, a true and correct copy of which is attached as Exhibit 24;

5      25.    The Complaint Plaintiff filed against Gold Star Distribution, LLC in

6  the United States District Court of Arizona, Case No. 17-cv-03742-DGC, on

7  October 12, 2017, a true and correct copy of which is attached as Exhibit 25;

8      26.    The Complaint Plaintiff filed against Sarms Pharm LLC in the United

9  States District Court of Arizona, Case No. 18-cv-00243-SPL, on January 23, 2018, a

10  true and correct copy of which is attached as Exhibit 26;

11      27.    The Complaint Plaintiff filed against IQ Formulations, LLC in the

12  United States District Court of Arizona, Case No. 18-cv-00348-GMS, on February

13  1, 2018, a true and correct copy of which is attached as Exhibit 27;

14      28.    The Complaint Plaintiff filed against Juggernaut Nutrition LLC in the

15  United States District Court of Arizona, Case No. 18-cv-00762-JAT, on March 8,

16  2018, a true and correct copy of which is attached as Exhibit 28;

17      29.    The Complaint Plaintiff filed against Lecheek Nutrition, Inc. in the

18  United States District Court of Arkansas, Case No. 15-cv-03036-TLB, on February

19  25, 2015, a true and correct copy of which is attached as Exhibit 29;

20      30.    The Complaint Plaintiff filed against Blackstone Labs in the United

21  States District Court for the Central District of California, Case No. 15-cv-01670-

22  TJH-AS, on March 6, 2015, a true and correct copy of which is attached as Exhibit

23  30;

24      31.    The Complaint Plaintiff filed against Lucas Thompson dba Extreme

25  Performance Group, *et al.* in the United States District Court for the Central District

26  of California, Case No. 15-cv-02220-CBM-AS, on March 25, 2015, a true and

27  correct copy of which is attached as Exhibit 31;

28      32.    The Complaint Plaintiff filed against IronMag Labs, LLC, *et al.* in the

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-5-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1 | United States District Court for the Central District of California, Case No. 15-cv-
2 | 08233-R-JC, on October 21, 2015, a true and correct copy of which is attached as
3 | Exhibit 32;

4 | 33. The Complaint Plaintiff filed against Furious Nutrition, LLC, *et al.* in
5 | the United States District Court for the Central District of California, Case No. 15-
6 | cv-09801-GW-PJW, on December 21, 2015, a true and correct copy of which is
7 | attached as Exhibit 33;

8 | 34. The Complaint Plaintiff filed against Genetic Edge Compounds, LLC,
9 | *et al.* in the United States District Court for the Central District of California, Case
10 | No. 16-cv-01361-R-JEM, on February 26, 2016, a true and correct copy of which is
11 | attached as Exhibit 34;

12 | 35. The Complaint Plaintiff filed against Innovative Line Nutrition dba
13 | Island Supplements in the United States District Court for the Central District of
14 | California, Case No. 16-cv-02484-TJH-SS, on April 11, 2016, a true and correct
15 | copy of which is attached as Exhibit 35;

16 | 36. The Complaint Plaintiff filed against CEM Products, *et al.* in the
17 | United States District Court for the Central District of California, Case No. 16-cv-
18 | 02560-JFW-AFM, on April 13, 2016, a true and correct copy of which is attached as
19 | Exhibit 36;

20 | 37. The Complaint Plaintiff filed against Robert DiMaggio, *et al.* in the
21 | United States District Court for the Central District of California, Case No. 16-cv-
22 | 03546-R-JC, on May 20, 2016, a true and correct copy of which is attached as
23 | Exhibit 37;

24 | 38. The Complaint Plaintiff filed against Peptide Pros, LLC in the United
25 | States District Court for the Central District of California, Case No. 16-cv-05162-R-
26 | JC, on July 13, 2016, a true and correct copy of which is attached as Exhibit 38;

27 | 39. The Complaint Plaintiff filed against Boss Sports Nutrition in the
28 | United States District Court for the Central District of California, Case No. 16-cv-

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-6-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1   07280-FMO-AGR, on September 27, 2016, a true and correct copy of which is

2   attached as Exhibit 39;

3       40.   The Complaint Plaintiff filed against Newtritional Health Care, LLC

4   dba Newroids dba Anabolics Anonymous in the United States District Court for the

5   Central District of California, Case No. 17-cv-07463-FMO-E, on October 12, 2017,

6   a true and correct copy of which is attached as Exhibit 40;

7       41.   The Complaint Plaintiff filed against Enhanced Athlete, Inc., *et al.* in

8   the United States District Court for the Eastern District of California, Case No. 17-

9   cv-01491-TLN-KJN, on July 17, 2017, a true and correct copy of which is attached

10  as Exhibit 41;

11      42.   The Complaint Plaintiff filed against Enhanced Athlete, Inc., *et al.* in

12  the United States District Court for the Eastern District of California, Case No. 17-

13  cv-02069-JAM-CKD, on October 5, 2017, a true and correct copy of which is

14  attached as Exhibit 42;

15      43.   The Complaint Plaintiff filed against Tribravus Enterprises, LLC dba

16  iForce Nutrition in the United States District Court for the Southern District of

17  California, Case No. 15-cv-01649-LAB-JMA, on July 23, 2015, a true and correct

18  copy of which is attached as Exhibit 43;

19      44.   The Complaint Plaintiff filed against Chaos and Pain, LLC in the

20  United States District Court for the Southern District of California, Case No. 16-cv-

21  01932-W-JMA, on August 1, 2016, a true and correct copy of which is attached as

22  Exhibit 44;

23      45.   The Complaint Plaintiff filed against Begley Research Group, Inc. dba

24  Peptides Warehouse in the United States District Court for the Southern District of

25  California, Case No. 16-cv-01933-L-DHB, on August 1, 2016, a true and correct

26  copy of which is attached as Exhibit 45;

27      46.   The Complaint Plaintiff filed against Geo Peptides, LLC, *et al.* in the

28  United States District Court for the Southern District of California, Case No. 16-cv-

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-7-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1  01962-MMA-AGS, on August 4, 2016, a true and correct copy of which is attached

2  as Exhibit 46;

3      47.    The Complaint Plaintiff filed against Peak Nutrition, LLC, *et al.* in the

4  United States District Court for the Southern District of California, Case No. 16-cv-

5  01967-AJB-KSC, on August 4, 2016, a true and correct copy of which is attached as

6  Exhibit 47;

7      48.    The Complaint Plaintiff filed against Whatsupp, LLC in the United

8  States District Court for the Southern District of California, Case No. 16-cv-01968-

9  DMS-DHB, on August 4, 2016, a true and correct copy of which is attached as

10 Exhibit 48;

11     49.    The Complaint Plaintiff filed against PEP Research LLC dba

12 International Peptide, *et al.* in the United States District Court for the Southern

13 District of California, Case No. 16-cv-02328-WQH-BLM, on September 15, 2016, a

14 true and correct copy of which is attached as Exhibit 49;

15     50.    The Complaint Plaintiff filed against New Health Ventures, LLC in the

16 United States District Court for the Southern District of California, Case No. 16-cv-

17 02338-BTM-MDD, on September 15, 2016, a true and correct copy of which is

18 attached as Exhibit 50;

19     51.    The Complaint Plaintiff filed against Applied Anabolic Science, LLC,

20 *et al.* in the United States District Court for the Southern District of California, Case

21 No. 16-cv-02340-CAB-RBB, on September 15, 2016, a true and correct copy of

22 which is attached as Exhibit 51;

23     52.    The Complaint Plaintiff filed against Madison James Research, *et al.* in

24 the United States District Court for the Southern District of California, Case No. 16-

25 cv-02445-CBA-AGS, on September 28, 2016, a true and correct copy of which is

26 attached as Exhibit 52;

27     53.    The Complaint Plaintiff filed against Line One Nutrition, Inc., *et al.* in

28 the United States District Court for the Southern District of California, Case No. 16-

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-8-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

cv-02647-GPC-MDD, on October 25, 2016, a true and correct copy of which is attached as Exhibit 53;

54.     The Complaint Plaintiff filed against Lockout Supplements, *et al.* in the United States District Court for the Southern District of California, Case No. 16-cv-02666-H-AGS, on October 27, 2016, a true and correct copy of which is attached as Exhibit 54;

55.     The Complaint Plaintiff filed against Armed Sports, *et al.* in the United States District Court for the Southern District of California, Case No. 16-cv-02667-LAB-AGS, on October 27, 2016, a true and correct copy of which is attached as Exhibit 55;

56.     The Complaint Plaintiff filed against Musclegen Research, Inc. in the United States District Court for the Southern District of California, Case No. 16-cv-03113-JLS-JMA, on December 30, 2016, a true and correct copy of which is attached as Exhibit 56;

57.     The Complaint Plaintiff filed against Fulfillment Pros, LLC, *et al.* in the United States District Court for the Southern District of California, Case No. 16-cv-03115-BAS-JLB, on December 30, 2016, a true and correct copy of which is attached as Exhibit 57;

58.     The Complaint Plaintiff filed against My Supplement Store in the United States District Court for the Southern District of California, Case No. 16-cv-03117-H-MDD, on December 30, 2016, a true and correct copy of which is attached as Exhibit 58;

59.     The Complaint Plaintiff filed against Befit Supplements in the United States District Court for the Southern District of California, Case No. 16-cv-03118-CAB-AGS, on December 30, 2016, a true and correct copy of which is attached as Exhibit 59;

60.     The Complaint Plaintiff filed against BBE Supplements, *et al.* in the United States District Court for the Southern District of California, Case No. 17-cv-

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-9-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1    00582-NLS, on March 23, 2017, a true and correct copy of which is attached as

2    Exhibit 60;

3         61.   The Complaint Plaintiff filed against Apogee Peptides, LLC in the

4    United States District Court for the Southern District of California, Case No. 17-cv-

5    00584-BTM-JMA, on March 23, 2017, a true and correct copy of which is attached

6    as Exhibit 61;

7         62.   The First Amended Complaint Plaintiff filed against Ironx LLC, *et al.*

8    in the United States District Court for the Southern District of California, Case No.

9    17-cv-00839-JLS-JMA, on June 12, 2017, a true and correct copy of which is

10   attached as Exhibit 62;

11        63.   The Complaint Plaintiff filed against SK2 Nutrition Group, *et al.* in the

12   United States District Court for the Southern District of California, Case No. 17-cv-

13   00840-JLS-BLM, on April 25, 2017, a true and correct copy of which is attached as

14   Exhibit 63;

15        64.   The Complaint Plaintiff filed against Acolyte Sports Nutrition LLC in

16   the United States District Court for the Southern District of California, Case No. 17-

17   cv-00841-WQH-JMA, on April 25, 2017, a true and correct copy of which is

18   attached as Exhibit 64;

19        65.   The Complaint Plaintiff filed against Nathan DeGrave dba PowerSupps

20   in the United States District Court for the Southern District of California, Case No.

21   17-cv-00843-WQH-WVG, on April 25, 2017, a true and correct copy of which is

22   attached as Exhibit 65;

23        66.   The Complaint Plaintiff filed against Optimum Peptides, *et al.* in the

24   United States District Court for the Southern District of California, Case No. 17-cv-

25   00844-BAS-JLB, on April 25, 2017, a true and correct copy of which is attached as

26   Exhibit 66;

27        67.   The Complaint Plaintiff filed against Bigdansfitness.com in the United

28   States District Court for the Southern District of California, Case No. 17-cv-00920-

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-10-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1  JAH-MDD, on May 5, 2017, a true and correct copy of which is attached as Exhibit
2  67;

3      68.    The First Amended Complaint Plaintiff filed against Total Fitness
4  Warehouse, LLC in the United States District Court for the Southern District of
5  California, Case No. 17-cv-00930-BTM-MDD, on May 15, 2017, a true and correct
6  copy of which is attached as Exhibit 68;

7      69.    The First Amended Complaint Plaintiff filed against Mark Cerqueira
8  dba Genetech Pharma Labs dba Bad Ass Labs in the United States District Court for
9  the Southern District of California, Case No. 17-cv-01248-JM-NLS, on August 7,
10  2017, a true and correct copy of which is attached as Exhibit 69;

11      70.    The Complaint Plaintiff filed against Wicked Nutrition Labs, LLC, *et*
12  *al.* in the United States District Court for the Southern District of California, Case
13  No. 17-cv-01688-W-NLS, on August 22, 2017, a true and correct copy of which is
14  attached as Exhibit 70;

15      71.    The Complaint Plaintiff filed against ANM Performance, Inc., *et al.* in
16  the United States District Court for the Southern District of Florida, Case No. 16-cv-
17  62390-WJZ, on October 5, 2016, a true and correct copy of which is attached as
18  Exhibit 71;

19      72.    The Complaint Plaintiff filed against One Nation Nutrition St. Peters
20  LLC., *et al.* in the United States District Court for the Eastern District of Missouri,
21  Case No. 17-cv-02519-JCH, on October 3, 2017, a true and correct copy of which is
22  attached as Exhibit 72;

23      73.    The Complaint Plaintiff filed against Dylan Culbertson aka Dylan
24  Gemelli dba SARMS X in the United States District Court of Nevada, Case No. 16-
25  cv-02357-RFB-PAL, on October 7, 2016, a true and correct copy of which is
26  attached as Exhibit 73;

27      74.    The Complaint Plaintiff filed against Strong Supplements LLC dba
28  Strong Supplement Shop in the United States District Court of Nevada, Case No.

Rutan & Tucker, LLP
*attorneys at law*

1069/101901-0006
12858041.1 a09/24/18

-11-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

17-cv-02603-GMN-VCF, on October 5, 2017, a true and correct copy of which is attached as Exhibit 74;

75.     The Complaint Plaintiff filed against Size Up Supplements LLC in the United States District Court of Nevada, Case No. 18-cv-00132-RFB-GWF, on January 24, 2018, a true and correct copy of which is attached as Exhibit 75;

76.     The Complaint Plaintiff filed against BTE Wholesalers, LLC dba Tokkyo Nutrition, *et al.* in the United States District Court of New Hampshire, Case No. 17-cv-00687-JL, on December 6, 2017, a true and correct copy of which is attached as Exhibit 76;

77.     The Complaint Plaintiff filed against House of Nutrition dba Nutrition Jungle formerly known as Stimpson's House of Nutrition in the United States District Court for the Southern District of New York, Case No. 17-cv-08527-JCM, on November 3, 2017, a true and correct copy of which is attached as Exhibit 77;

78.     The Complaint Plaintiff filed against The Muscle Store, Inc. in the United States District Court for the Western District of Pennsylvania, Case No. 17-cv-01515-CB-CRE, on November 14, 2017, a true and correct copy of which is attached as Exhibit 78;

79.     The Amended Complaint Plaintiff filed against Purity Solutions, LLC in the United States District Court for the Eastern District of Texas, Case No. 17-cv-00364-RC, on August 22, 2017, a true and correct copy of which is attached as Exhibit 79;

80.     The Complaint Plaintiff filed against Suppz, Inc. in the United States District Court for the Western District of Wisconsin, Case No. 17-cv-00351-BBC, on May 10, 2017, a true and correct copy of which is attached as Exhibit 80;

81.     The Complaint Plaintiff filed against Blackstone Labs, *et al.* in the Los Angeles Superior Court, Case No. BC591751, on August 18, 2015, a true and correct copy of which is attached as Exhibit 81;

82.     The Complaint Plaintiff filed against Thanos Labs in the Orange

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-12-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1  County Superior Court, Case No. 30-2015-00818893-CU-BT-CJC, on November 6,
2  2015, a true and correct copy of which is attached as Exhibit 82;

3       83.   The Complaint Plaintiff filed against Genera Supplements, LLC in the
4  Los Angeles Superior Court, Case No. BC604888, on December 18, 2015, a true
5  and correct copy of which is attached as Exhibit 83;

6       84.   The Complaint Plaintiff filed against Glenn Nowland dba G-Force
7  Nutrition in the Los Angeles Superior Court, Case No. BC605585, on December 29,
8  2015, a true and correct copy of which is attached as Exhibit 84;

9       85.   The Complaint Plaintiff filed against Genetic Edge Compounds, LLC,
10 *et al.* in the Los Angeles Superior Court, Case No. BC605682, on December 29,
11 2015, a true and correct copy of which is attached as Exhibit 85;

12      86.   The Complaint Plaintiff filed against Top Peptides in the Los Angeles
13 Superior Court, Case No. BC610898, on February 22, 2016, a true and correct copy
14 of which is attached as Exhibit 86;

15      87.   The Complaint Plaintiff filed against Underground Peptides in the Los
16 Angeles Superior Court, Case No. BC611200, on February 22, 2016, a true and
17 correct copy of which is attached as Exhibit 87;

18      88.   The Complaint Plaintiff filed against Total Trading LLC, dba MP
19 Research Supply in the Los Angeles Superior Court, Case No. BC612113, on
20 February 29, 2016, a true and correct copy of which is attached as Exhibit 88;

21      89.   The First Amended Complaint Plaintiff filed against Southern Sarms
22 Inc. in the Los Angeles Superior Court, Case No. BC616482, on July 18, 2016, a
23 true and correct copy of which is attached as Exhibit 89;

24      90.   The Complaint Plaintiff filed against Muscle Sport International dba
25 DNA Pharma in the Los Angeles Superior Court, Case No. BC617749, on April 21,
26 2016, a true and correct copy of which is attached as Exhibit 90;

27      91.   The First Amended Complaint Plaintiff filed against Peptide Pros,
28 LLC, *et al.* in the Los Angeles Superior Court, Case No. BC611233, on June 23,

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18

-13-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1   2016, a true and correct copy of which is attached as Exhibit 91;

2   92.    The Memorandum of Points and Authorities in Support of Defendant's

3   Motion for Summary Judgment filed by Defendant Avicenna Nutraceutical, LLC on

4   February 8, 2018 in the case titled *Certified Nutraceuticals, Inc. v. Avicenna*

5   *Nutraceutical, LLC*, United States District Court for the Southern District of

6   California, Case No. 16-cv-02810-BEN-BGS, a true and correct copy of which is

7   attached as Exhibit 92;

8   93.    The Amended Order Granting Defendant's Motion for Summary

9   Judgment filed on July 30, 2018 in the case titled *Certified Nutraceuticals, Inc. v.*

10  *Avicenna Nutraceutical, LLC*, United States District Court for the Southern District

11  of California, Case No. 16-cv-02810-BEN-BGS, a true and correct copy of which is

12  attached as Exhibit 93;

13  94.    The video recording of the oral argument held on December 6, 2017 for

14  the case titled Nutrition Distribution v. IronMag Labs, United States Court of

15  Appeals for the Ninth Circuit, Case No. 16-55632.  A hyperlink to the video

16  recording is provided in Exhibit 94.

17

18  Dated:  September 24, 2018                    RUTAN & TUCKER, LLP

19

20                                               By: /s/ *Damon Mircheff*
                                                 _____
21                                               Damon D. Mircheff
                                                 Attorneys for Defendants
22                                               IronMag Labs, LLC and Robert
                                                 DiMaggio

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12858041.1 a09/24/18                -14-

DEFENDANTS' RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC