UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrition Distribution LLC, an Arizona Limited Liability Company,<br><br>            Plaintiff,<br><br>    vs.<br><br>IronMag Labs, LLC, a Nevada Limited Liability Company, Robert DiMaggio, an individual, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-08233-R-JC<br>Hon. Manuel L. Real<br>Courtroom 8<br><br>**Order on Stipulation for Defendants to File a First Amended Answer**<br><br>Date Action Filed: October 21, 2015<br>Trial Date:           December 4, 2018 |

Based on the parties' Stipulation for defendants IronMag Labs, LLC and Robert DiMaggio ("Defendants") to file a First Amended Answer, and it being in the interest of judicial economy to grant that relief,

**IT IS HEREBY ORDERED**:

1. Defendants may file the First Amended Answer attached as Exhibit A to the parties' Stipulation, which must be filed within three (3) business days of the entry of this Order.

Dated: September 24, 2018

_____
Manuel L. Real, Judge
United States District Court