1  Damon D. Mircheff (State Bar No. 216257)
   dmircheff@rutan.com
2  Proud Usahacharoenporn (State Bar No. 278204)
   pusaha@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Defendants
   IronMag Labs, LLC and
7  Robert DiMaggio

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

11 | NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company, | Case No. 2:15-cv-08233-R-JC
   |  | Hon. Manuel L. Real
12 |              Plaintiff,  | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**
13 |       vs.  |
14 | IronMag Labs, LLC, a Nevada Limited Liability Company, Robert DiMaggio, an individual, and DOES 1 through 10, inclusive,  |
15 |  |
16 |              Defendants.  |

**Filed Concurrently Herewith:**
1. Notice of Motion and Motion;
2. Memorandum of Points & Authorities;
3. Declaration of Damon Mircheff;
4. Declaration of Robert DiMaggio;
5. Separate Statement of Uncontroverted Facts and Conclusions of Law;
6. [Proposed] Order

Hearing:
Date:        Nov. 5, 2018
Time:        10:00 a.m.
Courtroom:   880

Action Filed:      October 21, 2015
Discovery Cutoff:  October 15, 2018
Pretrial Conf.:    November 5, 2018
Trial Date:        December 4, 2018

**ORAL ARGUMENT REQUESTED**

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2530/101901-0006
12894587.1 a10/05/18

DEFENDANTS' RJN FOR MOTION FOR
SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1  **TO THE HONORABLE COURT, AND TO PLAINTIFF AND ITS**
2  **ATTORNEYS OF RECORD:**

3  **PLEASE TAKE NOTICE** that that pursuant to the Federal Rules of
4  Evidence, Rule 201, defendants IronMag Labs, LLC ("IronMag Labs") and Robert
5  DiMaggio ("DiMaggio;" collectively, "Defendants") submit this Request for
6  Judicial Notice in support of their Motion for Summary Judgment, or, in the
7  alternative, for Partial Summary Judgment, and respectfully request the Court take
8  judicial notice of Exhibits 1 through 94 of the documents attached to Defendants'
9  request for judicial notice (Dkt No. 50) filed in support of Defendants' opposition to
10 Plaintiff Nutrition Distribution, LLC's Motion for Partial Summary Judgment (see
11 Dkt Nos. 44 through 44-34).  Exhibits 1 through 94 attached to Dkt No. 50 are
12 incorporated herein by this reference.  Each of the documents for which Defendants
13 request judicial notice are documents filed with the United States District Court or
14 Superior Court for the State of California.

15 **PLEASE TAKE FURTHER NOTICE** that pursuant to the Federal Rules of
16 Evidence, Rule 201, Defendants respectfully request the Court take judicial notice
17 of the following additional documents in support of its Motion for Summary
18 Judgment, or in the Alternative, Partial Summary Judgment.  Each of the following
19 documents were filed with the United States District Court:

20 1. The Notice of Removal of Action Pursuant to 28 U.S.C. Section 1332
21 (Diversity Jurisdiction), filed on May 20, 2016 in the case titled *Nutrition*
22 *Distribution LLC v. Robert DiMaggio and IronMag Research, LLC*, United States
23 District Court for the Central District of California Case No. 2:16-cv-03546
24 ("IronMag Research Matter") (Dkt. #1), attached as Exhibit 95;

25 2. The Notice of Assignment, filed on May 24, 2016 in the IronMag
26 Research Matter (Dkt # 5), attached as Exhibit 96;

27 3. Defendants Robert DiMaggio and IronMag Research LLC's Motion to
28 Stay Action or, in the Alternative, Dismiss Action Pursuant to Fed. R. Civ. P.

Rutan & Tucker, LLP
attorneys at law

2530/101901-0006
12894587.1 a10/05/18

-1-

DEFENDANTS' RJN FOR MOTION FOR
SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

1 | 12(b)(6), filed on May 27, 2016 in the IronMag Research Matter (Dkt #9), attached
2 | as Exhibit 97; and
3 |     4.   Order Granting in Part Defendants' Motion to Stay Action, or in the
4 | Alternative Dismiss Action, filed on July 8, 2016 in the IronMag Research Matter,
5 | attached as Exhibit 98.
6 | Dated: October 5, 2018                      RUTAN & TUCKER, LLP

By: /s/ *Damon Mircheff*
    Damon D. Mircheff
    Attorneys for Defendants
    IronMag Labs, LLC and Robert DiMaggio

Rutan & Tucker, LLP
attorneys at law

2530/101901-0006
12894587.1 a10/05/18

-2-

DEFENDANTS' RJN FOR MOTION FOR
SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC