Damon D. Mircheff (State Bar No. 216257)
dmircheff@rutan.com
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
IronMag Labs, LLC and
Robert DiMaggio

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>IronMag Labs, LLC, a Nevada Limited Liability Company, Robert DiMaggio, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-08233-R-JC<br>Hon. Manuel L. Real<br><br>**DEFENDANTS' FURTHER REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:<br>Date:           October 15, 2018<br>Time:           10:00 a.m.<br>Courtroom:   880<br><br>Date Action Filed: October 21, 2015<br>Discov, Cutoff:    October 15, 2018<br>Pretrial Conf.:     November 5, 2018<br>Trial Date:          December 4, 2018 |

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
*attorneys at law*

DEFS' FURTHER RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that that pursuant to the Federal Rules of Evidence, Rule 201, defendants IronMag Labs, LLC and Robert DiMaggio (collectively, "Defendants") submit this Further Request for Judicial Notice in support of their Opposition to Plaintiff Nutrition Distribution, LLC's ("Plaintiff") Motion for Partial Summary Judgment ("Plaintiff's Motion"), and respectfully request the Court take judicial notice of the following documents filed with the Court in this action that were not available when Defendants filed their Opposition to Plaintiff's Motion on September 24, 2018:

1.      Defendants' Motion for Summary Judgment or, in the Alternative, Motion of Partial Summary Judgment, filed on October 5, 2018, Dkt. Nos. 61 and 61-1;

2.      Declaration of Damon Mircheff in support of Defendants' Motion for Summary Judgment or, in the Alternative, Motion of Partial Summary Judgment, filed on October 5, 2018 in this action, Dkt. Nos. 61-2 through 61-11.

Dated:  October 9, 2018                     RUTAN & TUCKER, LLP

                                            By: /s/ *Damon Mircheff*
                                            _____
                                                Damon D. Mircheff
                                                Attorneys for Defendants
                                                IronMag Labs, LLC and Robert
                                                DiMaggio

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12931595.1 a10/09/18

-2-

DEFS' FURTHER RJN FOR OPPN. TO MOT.
FOR PART. SUMMARY JUDGMENT
Case no. 2:15-cv-08233-R-JC