1  Damon D. Mircheff (State Bar No. 216257)
   dmircheff@rutan.com
2  Proud Usahacharoenporn (State Bar No. 278204)
   pusaha@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Defendants
   IronMag Labs, LLC and
7  Robert DiMaggio

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

11 NUTRITION DISTRIBUTION LLC, an        Case No. 2:15-cv-08233-R-JC
   Arizona Limited Liability Company,    Hon. Manuel L. Real
12
               Plaintiff,                **DEFENDANTS' IRONMAG LABS,
13       vs.                             LLC AND ROBERT DIMAGGIO'S
                                         TRIAL WITNESS LIST**
14 IronMag Labs, LLC, a Nevada Limited
   Liability Company, Robert DiMaggio, an
15 individual, and DOES 1 through 10,    Action Filed:       October 21, 2015
   inclusive,                            Discovery Cutoff:   October 15, 2018
16                                       Pretrial Conf.:     November 5, 2018
               Defendants.               Trial Date:         December 4, 2018
17

18
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006                         DEFENDANTS' TRIAL WITNESS LIST
12864143.1 a10/15/18                     CASE NO. 2:15-cv-08233-R-JC

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Local Rule 16-2.4, and the Court's June 11, 2018 Minute Order (Dkt. No. 30), defendants IronMag Labs, LLC ("IronMag Labs") and Robert DiMaggio (collectively, "Defendants") submit the following Trial Witness List identifying persons that Defendants may call as witness at trial in.

## PRELIMINARY STATEMENT

1. Defendants reserve the right not to call or present testimony from any particular witness. By identifying witnesses listed below, Defendants do not agree to make a witness available for trial. The notation ** denotes witnesses whom Defendants may call as the need arises.

2. Defendants reserve the right to call any witness necessary to lay the foundation for the admissibility of trial exhibits, and to call as its own witness any witness identified by plaintiff Nutrition Distribution, LLC ("Plaintiff").

3. Each witness listed below may also testify as to any topics regarding any exhibit presented by any party at trial, in rebuttal of evidence and testimony submitted by Plaintiff, or impeachment of Plaintiff's witnesses.

## TRIAL WITNESS LIST

| Witness and Contact Information | Expected Topics of Testimony |
|---|---|
| Robert DiMaggio<br>Contact through:<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, 14th Floor<br>Costa Mesa, CA 92626-1931<br>Tel. (714) 641-5100 | • IronMag Labs' corporate organization, employees and independent contractors<br><br>• IronMag Labs' former products OSTA RX and Super DMZ 4.0 and their ingredients;<br><br>• IronMag Labs' production and sale of OSTA RX and Super DMZ 4.0, including when they were manufactured and sold; |

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12864143.1 a10/15/18

-1-

DEFENDANTS' TRIAL WITNESS LIST
CASE NO. 2:15-cv-08233-R-JC

| | | |
|---|---|---|
| | | • IronMag Labs' advertising and advertising and statements therein regarding OSTA RX and Super DMZ 4.0;<br><br>• IronMag Labs' expenses and costs from the sale of OSTA RX and Super DMZ 4.0, and its costs, overhead and expenses associated with its products and business activities;<br><br>• Mr. DiMaggio's use of Ostarine and products containing Ostarine;<br><br>• The nutritional supplement industry in which Nutrition Distribution and IronMag Labs, and their respective products relevant to this action allegedly competed between approximately 2012 and 2016. |
| | Gena DiMaggio ** (formerly provided accounting and bookkeeping services for IronMag Labs).<br><br>Contact information:<br><br>1130 Aubrey Springs Ave.<br><br>Henderson NV 89014<br><br>303-931-0624 | • Entry of financial information and bookkeeping for IronMag Labs during time period IronMag Labs sold OSTA RX and Super DMZ 4.0, including cost and expense information;<br><br>• preparation and maintenance of IronMag Labs' Quickbooks and other accounting information |
| | Marianne Allison, CPA **<br><br>Business contact information re work as IronMag Labs' controller:<br><br>IronMag Labs, LLC<br><br>1860 Whitney Mesa Dr., # 120 | • Preparation and maintenance of IronMag Labs' Quickbooks and other accounting information since performing services as IronMag Labs' controller;<br><br>• Reports of IronMag Labs' financial information generated for discovery in this case. |

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12864143.1 a10/15/18

-2-

DEFENDANTS' TRIAL WITNESS LIST
CASE NO. 2:15-cv-08233-R-JC

| | |
|---|---|
| Henderson, NV 89014<br><br>Office (702) 765-4716 | |
| Preston Ackerman **<br><br>(independent contractor/ salesperson for IronMag Labs)<br><br>4919 Dominion Blvd., Irving TX 75038, 469-404-6893. | • The sales and advertising of supplement products in the relevant time period and marketplace for supplement products in the relevant time period |
| Brian Bergmark<br><br>Torrey Partners<br><br>11452 El Camino Real, Suite 100<br><br>San Diego, CA 92130<br><br>(818) 847-0001 | • Rebuttal expert testimony concerning IronMag Labs' costs and expenses for selling OSTA RX and Super DMZ 4.0 and profits from selling those products, in response to Plaintiff's designation and report of expert witness David Nolte |
| Adrian Sandra Dobs, MD, MHS**<br><br>Division of Endocrinology, Diabetes and Metabolism<br><br>The Johns Hopkins University School of Medicine<br><br>1830 E. Monument St, Suite 333<br><br>Baltimore, MD 21287 | • Rebuttal expert testimony on the report and opinion testimony of Plaintiffs' retained expert Dr. Francis Perry Wilson concerning the health effects of Ostarine |
| Kevin Smith, President and Owner of Plaintiff (and Plaintiff's Rule 30(b)(6) witness on certain topics)<br><br>Tauler Smith LLP<br><br>c/o Robert Tauler | • Plaintiff's alleged injury caused by Defendants' advertisements (and lack thereof);<br><br>• Plaintiff's lawsuits against supplement companies and sellers whose products competed with Nutrition Distribution's products;<br><br>• Plaintiff's cease and desist demands to supplement companies and sellers whose |

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12864143.1 a10/15/18

-3-

DEFENDANTS' TRIAL WITNESS LIST
CASE NO. 2:15-cv-08233-R-JC

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

products competed with Nutrition Distribution's products;

- Plaintiff's settlements with supplement companies whose products competed with Nutrition Distribution's products;

- Plaintiff's health claims in its advertisements about its supplement products;

- Plaintiff's communications with regulatory and other governmental authorities, including the FDA and US Attorney's office, concerning the asserted advertising and sale of products that Nutrition Distribution contends are "drugs" or that may not lawfully be advertised or sold as dietary supplements;

- Plaintiff's products alleged to compete with SARMs, Amp Citrate, peptides, and other products that have been the subject of Plaintiff's false advertising lawsuits and demands;

- Plaintiff's advertising and sale of products containing substances that plaintiffs in other lawsuits have alleged may be unsafe and unapproved for dietary supplements (including Leucine Nitrate);

- Plaintiff not paying any money to IronMag Labs or purchasing any product from IronMag Labs;

- Facts concerning the legal proceedings in or about 2011 in which the United States charged Nutrition Distribution and Anabolic Resources with the intent to defraud and mislead by introducing unapproved drugs

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12864143.1 a10/15/18

-4-

DEFENDANTS' TRIAL WITNESS LIST
CASE NO. 2:15-cv-08233-R-JC

| | |
|---|---|
| | into interstate commerce, the guilty pleas therein, and the products at issue. |
| Michael Keplinger, Plaintiff's Vice President of Marketing and Technology (and Plaintiff's Rule 30(b)(6) witness on certain topics)<br><br>Tauler Smith LLP<br>c/o Robert Tauler<br>626 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90017 | • Plaintiff's advertising, marketing and sale of its products alleged to compete with SARMs, Amp Citrate, peptides, and other products that have been the subject of Plaintiff's false advertising lawsuits and demands;<br><br>• Plaintiff's revenue from settlements of lawsuits and cease and desist demands against other supplement companies and sellers since 2015.<br><br>• The nutritional supplement industry in which Plaintiff and IronMag Labs allegedly compete, and other companies and products that compete with Nutrition Distribution and its products in the relevant time period;<br><br>• Plaintiff's distribution and sales channels;<br><br>• Nutrition Distribution's advertising and sale of products containing substances that plaintiffs in other lawsuits have alleged may be unsafe and unapproved for dietary supplements (including Leucine Nitrate);<br><br>• Plaintiff not paying any money to IronMag Labs or buying any product from IronMag Labs |

Dated: October 15, 2018                    RUTAN & TUCKER, LLP

By: */s/ Damon D. Mircheff*
    Damon D. Mircheff
    Attorneys for Defendant
    IronMag Labs, LLC and
    Robert DiMaggio

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on October 15, 2018 with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all CM/ECF participants, including Plaintiff's counsel of record.

Dated: October 15, 2018              By: */s/ Damon D Mircheff*
                                            Damon D. Mircheff

Rutan & Tucker, LLP
attorneys at law

1069/101901-0006
12864143.1 a10/15/18

-6-

DEFENDANTS' TRIAL WITNESS LIST
CASE NO. 2:15-cv-08233-R-JC