UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Nutrition Distribution LLC, an Arizona Limited Liability Company, | Case No. 2:15-cv-08233-R-JC |
|---|---|
| Plaintiff, | Hon. Manuel L. Real |
| | Courtroom 880 |
| vs. | **JUDGMENT** |
| IronMag Labs, LLC, a Nevada Limited Liability Company, Robert DiMaggio, an individual, and DOES 1 through 10, inclusive, | Date Action Filed: October 21, 2015 |
| | Trial Date: December 4, 2018 |
| Defendants. | |

Judgment is hereby entered consistent with the Court's Order granting in part and denying in part Plaintiff's Motion for Summary Judgment, and granting in part and denying in part Defendants' Motion for Summary Judgment (Dkt. No. 117), and the Findings of Fact and Conclusions of Law entered thereafter.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated: December 13, 2018

_____
Manuel L. Real
United States District Judge