UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> IRONMAG LABS, LLC, a Nevada Limited Liability Company; et al., <br><br> Defendants-Appellees. | No. 19-55251 <br><br> D.C. No. 2:15-cv-08233-R-JC Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW, NGUYEN, and HURWITZ, Circuit Judges.

The motion by Damon Mircheff and Proud Usahacharoenporn of Rutan & Tucker, LLP to withdraw as retained counsel of record for appellees (Docket Entry No. 12) is granted. Treg A. Julander has entered an appearance on behalf of appellees. The Clerk shall amend the docket to reflect that Treg A. Julander is representing appellees for the purposes of this appeal.

Appellant's unopposed motion for an extension of time to file an opposition to appellees' motion to dismiss (Docket Entry No. 18) is granted. The opposition has been filed.

Because "the original papers and exhibits filed in the district court" are part of the record on appeal, appellees' request for judicial notice in support of their

AC/MOATT

motion to dismiss (Docket Entry No. 16-2) is denied as unnecessary. *See* Fed. R. App. P. 10(a).

Appellees' motion to dismiss the appeal as to the district court's December 13, 2019 judgment (Docket Entry No. 16-1) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief has been filed. The answering brief is due October 21, 2019. The optional reply brief is due within 21 days after service of the answering brief.