UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>IRONMAG LABS, LLC, a Nevada Limited Liability Company; et al.,<br><br>        Defendants - Appellees. | No. 19-55251<br><br>D.C. No. 2:15-cv-08233-R-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

   The judgment of this Court, entered August 25, 2020, amended October 29, 2020, takes effect this date.

   This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7